JPL/WPB:tjc                                                                                                                               759-5-8-204

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLORIA BARRIOS,           ) | |
| )                           | |
| Plaintiff,       )          | |
| )                           | |
| v.                        ) | Case No.1:15-cv-10193 |
| )                           | |
| FASHION GALLERY, INC., d/b/a ) | |
| RAINBOW SHOPS,            ) | |
| )                           | |
| Defendant.     )            | |

## MOTION TO COMPEL DEPOSITION OF PLAINTIFF AND FOR AN EXTENSION OF TIME TO COMPLETE DISPOSITIVE MOTIONS

Defendant, FASHION GALLERY, INC., d/b/a RAINBOW SHOPS ("Fashion"), by and through its attorneys, John P. Lynch, Jr. and William P. Bingle, CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC., moves this Court to grant its motion to compel deposition of plaintiff and for an extension of time to complete dispositive motions, and in support thereof, states as follows:

1. On October 13, 2016, this Court entered a Minute Entry requiring all dispositive motions to be filed by November 17, 2016. Responses are to be filed by December 22, 2016 and replies by January 6, 2017.

2. On May 18, 2016, Fashion asked the plaintiff's counsel to provide dates for the plaintiff's deposition. No response was received. See letter attached as **Exhibit A.**

3. On July 5, 2016, Fashion proposed August 4, August 9, and August 15, 2016, as dates for the plaintiff's deposition. But no response was received. See letter attached as **Exhibit B.**

4. On July 26, 2016, Fashion sent a notice of the plaintiff's deposition set for September 16, 2016. This date was cancelled by the plaintiff's counsel and no future dates were provided. See Notice of Deposition attached as **Exhibit C**.

5. Fashion again noticed the plaintiff's deposition for October 21, 2016. See Notice of Deposition attached as **Exhibit D**. Fashion was informed that the plaintiff's counsel was on trial that day and would not be available for deposition. See email attached as **Exhibit E**. The plaintiff's counsel then offered October 28, 2016 for the plaintiff's deposition, to which Fashion agreed on October 20, 2016. See emails attached as **Exhibits F**.

6. On October 26, 2016, Plaintiff's counsel cancelled the deposition and proposed November 1, 2, and 3, 2016 as potential dates. These dates are not available for defense counsel. See email attached as **Exhibit G**.

7. The deposition of the Plaintiff in this case is critical to any dispositive motion Fashion may file.

8. Granting of this motion will not cause prejudice to either party.

WHEREFORE, Defendant FASHION GALLERY, INC., d/b/a RAINBOW SHOPS prays that this Honorable Court grant an Order compelling the plaintiff to appear for her deposition by November 30, 2016 and extending the time to complete dispositive motions until January 31, 2017, and for any other relief deemed appropriate by this Court.

Respectfully submitted,

FASHION GALLERY, INC.

By: /s/John P. Lynch, Jr.
John P. Lynch, Jr.
jlynch@cremerspina.com
CREMER, SPINA, SHAUGHNESSY,
JANSEN & SIEGERT, LLC

1 North Franklin, 10th Floor
Chicago, IL 60606
(312) 726-3800
(312) 726-3818 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on October **28**, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

[X] Under penalties as provided by law pursuant to 28 U.S.C. § 1746(2), I certify that the statements set forth herein are true and correct.

                                                                       /s/ John P. Lynch, Jr.

759-5/349016