JPL/WPB:tjc											759-5-8-204

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GLORIA BARRIOS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FASHION GALLERY, INC., d/b/a )<br>RAINBOW SHOPS, )<br>)<br>Defendant. ) | 1:15-cv-10193 |

### NOTICE OF MOTION

On **November 3, 2016** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey Cole in Room 1003, or any judge sitting in his stead in the courtroom usually occupied by him, and then and there move for a hearing on FASHION GALLERY, INC., d/b/a RAINBOW SHOPS Motion to Compel Deposition of Plaintiff and for an Extension of Time to Complete Dispositive Motions, at which time and place you may appear as you see fit to do.

							Respectfully submitted,
							FASHION GALLERY, INC.

							By:	/s/John P. Lynch, Jr.
							John P. Lynch, Jr.
							jlynch@cremerspina.com
							CREMER, SPINA, SHAUGHNESSY,
							JANSEN & SIEGERT, LLC
							1 North Franklin, 10th Floor
							Chicago, IL 60606
							(312) 726-3800
							(312) 726-3818 Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

[X] Under penalties as provided by law pursuant to
28 U.S.C. § 1746(2), I certify that the statements set
forth herein are true and correct.

                                                    /s/John P. Lynch, Jr.

349035